IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

BEAU TIFFANY, )
)
      Plaintiff, )
)
vs. ) Civil No. 2016-73
)
SUGAR BAY CLUB & RESORT CORP., )
)
      Defendant. )

## ORDER

    On January 31, 2018, the Court received a letter from plaintiff (dated January 25, 2018), which is attached to this Order as Exhibit 1. The letter – an *ex parte* communication – alleges unethical conduct on the part of plaintiff's current and former counsel. The Code of Conduct for United States Judges instructs that upon receipt of an *ex parte* communication that "bear[s] on the substance of a matter," a "judge should promptly notify the parties of the subject matter of the communication and allow the parties an opportunity to respond, if requested." Code of Conduct for United States Judges, Canon 3(A)(4). The premises considered, it is hereby

    **ORDERED** that the Clerk of Court shall **DOCKET** the January 25, 2018, letter as an attachment to this order; it is further

    **ORDERED** that the January 25, 2018, letter shall be **SEALED** and viewable only by the parties to this action; and it is further

    **ORDERED** that by no later than 5:00 P.M. on Monday, February 12, 2018, the parties shall, to the extent they wish to do so, file briefs addressing the proper course of action to address this matter.

**Dated:** February 8, 2018

                                                  **RUTH MILLER**
                                                  United States Magistrate Judge