### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN
*******

| | |
|---|---|
| BEAU TIFFANY, ) | Case No.: 3:16-CV-73 |
| Plaintiff, ) | |
| v. ) | ACTION FOR DAMAGES |
| SUGAR BAY CLUB & RESORT CORP) | JURY TRIAL DEMANDED |
| Defendant. ) | |

### ORDER GRANTING LEAVE
### TO FILE *EX PARTE* DOCUMENTS UNDER SEAL

**BEFORE THE COURT** is the Motion of Peter J. Lynch, Esq., counsel for the Plaintiff, for Leave to File *ex parte* Documents under Seal, and, having considered the Motion and been advised in the premises, it is hereby:

ORDERED that the Motion of Peter J. Lynch, Esq. is GRANTED; and further,

ORDERED that Attorney Lynch shall file his Response to the Plaintiff's *ex parte* letter to the Court dated January 25, 2018 no later than _____ ; and further,

ORDERED that within one day of entry of this Order, the Clerk of Court shall provide Attorney Lynch access and instructions to file his *ex parte* response under seal.

So Ordered: February _____ , 2018    _____
HON. RUTH H. MILLER,
MAGISTRATE JUDGE,
DISTRICT COURT OF THE VIRGIN ISLANDS